# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| JOSEPH DAVIS, et al., | |
| Plaintiffs, | |
| v. | CV 2:23-051 |
| HENRY VASSA CATE, et al., | |
| Defendants. | |

## ORDER

Plaintiffs initiated this action on April 20, 2023. See Dkt. No. 1. On July 9, 2023, Defendant Village Creek Landing, LLC timely moved to dismiss the complaint. Dkt. No. 35. Thereafter, on July 10, 2023, Defendants Henry Cate, Creek Holdings III, LLC, Missoe, LLC, Palmetto Building Group, and Village Creek Associates, LLC timely moved to dismiss the complaint. Dkt. No. 38. For the reasons below, Defendants' motions to dismiss are **DENIED as moot.**

## LEGAL STANDARD

A party may amend its pleading once as a matter of course "within 21 days after serving it" or, "if a responsive pleading is required, within 21 days after service of a responsive pleading or motion under Rule 12(b), (e), or (f) [of the Federal Rules of Civil Procedure], whichever is earlier." Fed. R. Civ. P. 15(a)(1). An amended pleading "supersedes the former pleading" such that "the

original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); see also Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982) (citations omitted) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

## DISCUSSION

Plaintiffs timely filed their amended complaint as a matter of course pursuant to Rule 15(a)(1). Further, Plaintiffs' amended complaint supersedes their original complaint. Defendants' motions to dismiss the original complaint, dkt. nos. 35, 36, have thus been rendered moot by Plaintiffs' filing of their amended complaint. Should Defendants wish to renew their motions to dismiss with regard to the amended complaint, they are granted leave to do so within the time prescribed by the Federal Rules of Civil Procedure.

## CONCLUSION

Defendants' motions to dismiss the original complaint, dkt. nos. 35, 36, are **DENIED as moot**, as is the motion to stay, dkt. no. 37.

**SO ORDERED**, this 20 day of July, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA