**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| JOSEPH DAVIS, et al., Plaintiffs, v. HENRY VASSA CATE, et al., Defendants. | CIVIL ACTION NO.: 2:23-cv-51 |

**SCHEDULING ORDER**

The parties conducted their Federal Rule of Civil Procedure 26(f) conference on April 9, 2024, and filed their Rule 26(f) report on April 16, 2024. Doc. 72. The Court now issues this Scheduling Order, in consideration of the parties' report and in accordance with Federal Rule of Civil Procedure 16(b) and the Court's Local Rules.[1]

The deadlines in this Scheduling Order will not be extended except upon a showing of good cause and order of the Court. Fed. R. Civ. P. 16(b)(4). The showing of good cause necessary to obtain an extension of any of these deadlines requires a specific showing of what the parties have accomplished to date in discovery, what remains to be accomplished, and why the parties have not been able to meet the Court's deadlines. Boilerplate assertions such as "the parties have diligently pursued discovery to date, but additional time is necessary" will not suffice to establish good cause. If any party seeks an extension of these deadlines or the extension of any other deadline in this case (including an extension of a deadline to respond to a

[1] The parties state they are willing to take part in settlement discussions with a Magistrate Judge at this time. Doc. 72 at 4. To schedule a settlement conference, the parties may contact the undersigned's courtroom deputy, Kim Mixon. The discovery deadlines in this Order will be stayed should the parties schedule Court-assisted mediation.

motion or file any other pleading), the party should first contact all other parties and determine if the other parties join in, consent to, or oppose the request for an extension. All motions for extensions of time must state whether the other parties join in, consent to, or oppose the request for an extension.

| EVENT | DEADLINE |
|---|---|
| Initial Disclosures | April 23, 2024 |
| Service of Plaintiffs' Expert Witness Reports | June 27, 2024 |
| Discovery Depositions of Fact Witnesses | July 8, 2024 |
| Service of Defendants' Expert Witness Reports | July 29, 2024 |
| Discovery Depositions of Expert Witnesses | August 26, 2024 |
| Discovery Status Report[2] | September 6, 2024 |
| Discovery Status Conference | September 12, 2024 |
| Written Discovery | September 16, 2024[3] |
| All Civil Motions (Including Daubert Motions; Excluding Motions in Limine) | October 15, 2024 |

**SO ORDERED**, this 17th day of April, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

[2] A Status Report Form is available on the Court's website www.gasd.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.

[3] Written discovery requests shall be served far enough in advance of this deadline to allow timely responses.