IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JOSEPH DAVIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HENRY VASSA CATES, et al., <br><br> Defendants. | CIVIL ACTION NO.: 2:23-cv-51 |

**O R D E R**

The parties filed a Renewed Joint Motion to Stay Discovery and Pretrial Deadlines for Settlement. Doc. 99. The parties state they have reached an agreement in principle to resolve this case and request a 60-day stay to allow them to finalize their agreement. Id. at 2. The Court **GRANTS** the parties' Motion and **STAYS** the proceedings in this case, including all deadlines, while the parties finalize their agreement. The parties are to notify the Court on or before April 7, 2025, whether they were able to memorialize their agreement. The Court cancels the telephonic status conference scheduled for February 28, 2025. Doc. 81.

**SO ORDERED**, this 10th day of February, 2025.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA