**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| JOSEPH DAVIS, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 2:23-cv-51 |
| v. | |
| HENRY VASSA CATES, et al., | |
| Defendants. | |

**O R D E R**

The parties filed another Joint Motion to Stay Discovery and Pretrial Deadlines for Settlement.  Doc. 101.  The parties again state they have reached an agreement in principle to resolve this case and again request a 60-day stay to allow them to finalize their agreement.  Id. at 2.  The Court **GRANTS** the parties' Motion and continues to **STAY** the proceedings in this case, including all deadlines, while the parties finalize their agreement.  The parties are to notify the Court on or before June 6, 2025, whether they were able to memorialize their agreement.

**SO ORDERED**, this 8th day of April, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA