IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JOSEPH DAVIS, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 2:23-cv-51 |
| v. | |
| HENRY VASSA CATE, et al., | |
| Defendants. | |

**O R D E R**

The parties notified the Court that a settlement has been reached in this case between Plaintiffs and Defendants Henry Vassa Cate, Village Creek Associates, LLC, Missoe, LLC, Creek Holdings III, LLC, and Palmetto Building Group (the "VCA Defendants").  Doc. 105. These parties are working toward completing the settlement terms.  The Court hereby **ORDERS** the stay imposed in its April 8, 2025 Order remain in place as to Plaintiffs and the VCA Defendants, so the parties can finalize their agreement and file a stipulation of dismissal.  The Court **DIRECTS** Plaintiffs and the VCA Defendants to attend a telephonic status conference on July 9, 2025, at 11:00 a.m.  If a stipulation of dismissal is filed before the conference, the conference will be canceled.  If no stipulation has been filed by the conference, the parties should be prepared to provide an update on their efforts to resolve this matter.

The parties also notified the Court that a settlement has not been reached between Plaintiffs and Defendant Village Creek Landing, LLC.  The Court, therefore, **LIFTS** the stay imposed in this case between Plaintiffs and Defendant Village Creek Landing, LLC.  Plaintiffs and Defendant Village Creek Landing, LLC shall file a joint status report and propose dates to

address remaining discovery deadlines **on or before June 13, 2025**.

    **SO ORDERED**, this 10th day of June, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA