UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JOSEPH DAVIS, JANE FRASER, JACKIE MAGNANT, ROSE MURPHY, and DEREK MURRAY,<br><br>Plaintiffs,<br><br>v.<br><br>HENRY VASSA CATE, VILLAGE CREEK ASSOCIATES, LLC, MISSOE, LLC, CREEK HOLDINGS III, LLC, PALMETTO BUILDING GROUP, and VILLAGE CREEK LANDING, LLC,<br><br>Defendants. | Civil Action No. 2:23-cv-051-JRH-BWC |

## JOINT STATUS REPORT

Plaintiffs Joseph Davis, Jane Fraser, Jackie Magnant, Rose Murphy, and Derek Murray (hereinafter collectively referred to as "Plaintiffs") and Defendant Village Creek Landing, LLC (hereinafter referred to as "VCL") jointly provide the following status report (jointly the "Parties").

The Court previously stayed deadlines in this case on February 10, 2025, for a period of sixty (60) days to allow the Parties to engage in settlement discussions (Doc. 100) and extended the stay on April 8, 2025, for another period of sixty (60) days through June 6, 2025, to allow Parties to continue efforts to finalize a settlement agreement (Doc. 102). On June 6, 2025, the parties in the case notified the Court that a settlement has been reached as to the claims brought by Plaintiffs against Defendants Henry Vassa Cate, Village Creek Associates, LLC, Missoe, LLC, Creek Holdings III, LLC, and Palmetto Building Group (the "VCA Defendants"). (Doc. 105). At that time, the Parties also informed the Court that Plaintiffs and VCL have been unable to reach a

1

settlement agreement (Doc. 105). While the Plaintiffs and VCL intend to continue to explore settlement options, they agree that continued litigation of the claims at issue is necessary. The Parties also note that VCL's Motion for Summary Judgment (Doc. 83), which is opposed by the Plaintiffs (Doc. 87), remains pending before this Court.

At this time, the stay between Plaintiffs and VCL has been lifted and the Court has scheduled a telephonic status conference for July 9, 2025 (Doc. 106). The Parties agree that an earlier status conference would be beneficial in order to seek the Court's guidance in advance of the remaining discovery deadlines and have respectfully requested that the Court consider scheduling the status conference to an earlier date.

In the interim, the Parties are providing proposed dates for a scheduling order addressing the remain discovery events for which deadlines had not passed prior to the Court's stay grated on February 10, 2025 (Doc. 100), along with the remaining pretrial deadlines. The proposed dates account for the total time of the stay, as well as forty-five (45) additional days. The request for additional time is necessary for Parties to resume discovery following the 120-day stay and after settlement negotiations that resulted in a settlement between Plaintiffs and other parties. Plaintiffs also anticipate that they will need the additional time to re-engage their expert witnesses and schedule any noticed expert depositions.[1] The Parties propose the following deadlines to govern this case:

| EVENT | DEADLINE |
|---|---|
| Discovery Depositions of Expert Witnesses | July 29, 2025 |
| Discovery Status Report | August 5, 2025 |
| Discovery Status Conference | August 12, 2025 |
| Written Discovery | August 19, 2025 |
| All Civil Motions (Including Daubert Motions; Excluding Motions in Limine) | September 26, 2025 |

---

[1] VCL has also expressed an intention to depose one or more experts identified by the settling VCA Defendants. Plaintiffs reserve the right to object to these depositions and the availability of these experts for depositions is unknown at this time.

88218373.v1

WHEREFORE, for the foregoing reasons and in the interests of judicial economy, efficiency, and fairness to the Court and Parties, the Parties respectfully request that this Court provide a Scheduling Order with the above proposed dates.

Consented to and respectfully submitted on June 13, 2025.

| | |
|---|---|
| */s/ Laura D. Heusel* | */s/ Bradly J. Watkins* |
| E. Righton J. Lewis | Bradly J. Watkins |
| Georgia Bar No. 215211 | Georgia Bar No. 740299 |
| **BUTLER SNOW LLP** | 5 Glynn Avenue |
| 1170 Peachtree Street NE | Brunswick, Georgia 31520 |
| Suite 1900 | Telephone: (912) 264-8544 |
| Atlanta, Georgia 30309 | bwatkins@brbcsw.com |
| (678) 515-5064 Telephone | **Attorney for Defendant VCL** |
| (678) 515-5001 Facsimile | |
| righton.lewis@butlersnow.com | |

John A. Brunini (*Admitted Pro Hac Vice*)
Mississippi Bar No. 100065
Laura D. Heusel (*Admitted Pro Hac Vice)*
Mississippi Bar No. 105470
**BUTLER SNOW LLP**
1020 Highland Colony Parkway
Suite 1400
Ridgeland, Mississippi 39158
john.brunini@butlersnow.com
laura.heusel@butlersnow.com
(601) 948-5711Telephone
(601) 985-4500 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

88218373.v1

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Respectfully submitted this the 13th day of June, 2025.

*/s/ Laura D. Heusel*
Laura D. Heusel

94000828.v1

4

88218373.v1

88218373.v1