IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JOSEPH DAVIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HENRY VASSA CATE, et al., <br><br> Defendants. | CIVIL ACTION NO.: 2:23-cv-51 |

### SECOND AMENDED SCHEDULING ORDER

Plaintiffs and Defendant Village Creek Landing, LLC ("VCL") filed a joint status report in response to the Court's Order lifting the discovery stay between these parties. Doc. 107 (referring to Doc. 102). In the report, Plaintiffs and VCL proposed new discovery deadlines. Id. The parties cited the need to re-engage expert witnesses after a 120-day stay and the need to schedule discovery depositions. Id. at 2. I held a telephonic status conference with the parties. On the call, the parties explained that they may need to depose additional expert witnesses and fact witnesses in consideration of Plaintiffs' pending settlement agreement with Defendants Henry Vassa Cate, Village Creek Associates, LLC, Missoe, LLC, Creek Holdings III, LLC, and Palmetto Building Group ("VCA Defendants").

Upon due consideration and for good cause shown, the Court **GRANTS in part** the parties' request for extension and enters the following new deadlines.

| EVENT | DEADLINE |
|---|---|
| Discovery Status Report | August 5, 2025 |
| Discovery Status Conference | August 12, 2025 |

| | |
|---|---|
| All Fact and Expert Discovery | August 19, 2025 |
| All Civil Motions (Including Daubert Motions; Excluding Motions in Limine) | September 26, 2025 |

All other deadlines and instructions in the Court's previous Orders remain in full force and effect.  Docs. 73, 81.

**SO ORDERED**, this 26th day of June, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA