IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JOSEPH DAVIS, et al.,

    Plaintiffs,

v.

VILLAGE CREEK LANDING, LLC,

    Defendant.

CIVIL ACTION NO.: 2:23-cv-51

## O R D E R

Defendant Village Creek Landing, LLC, filed a Motion for Protective Order. Doc. 120. The parties then requested a telephonic status conference, which I held on July 22, 2025. On the call, the parties explained that most remaining discovery relates to issues central to the pending motion for summary judgment, doc. 83, and the Motion for Protective Order. Because the scope of remaining discovery depends upon resolution of these motions, the Court **STAYS** all discovery deadlines in this case.

**SO ORDERED**, this 25th day of July, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA