IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOSEPH DAVIS; JANE FRASER;      *
JACKIE MAGNANT; ROSE MURPHY;    *
and DEREK HURRAY,               *
                                *
        Plaintiffs,             *
                                *
            v.                  *         CV 223-051
                                *
HENRY VASSA CATE; VILLAGE       *
CREEK ASSOCIATES, LLC; MISSOE,  *
LLC; CREEK HOLDINGS III, LLC;   *
PALMETTO BUILDING GROUP; and    *
VILLAGE CREEK LANDING, LLC,     *
                                *
        Defendants.             *

---

## O R D E R

---

Before the Court is the Parties' joint stipulation of dismissal. (Doc. 113.) Plaintiffs move to dismiss all claims between them and Defendants Henry Vassa Cate; Village Creek Associates, LLC; Missoe, LLC; Creek Holdings III, LLC; and Palmetto Building Group (collectively, the "VCA Defendants"). (Id. at 1.)

"Rule 41(a) allows a district court to dismiss all claims against *a particular defendant.*" City of Jacksonville v. Jacksonville Hosp. Holdings, L.P., 82 F.4th 1031, 1036 (11th Cir. 2023) (citations omitted). All Parties signed the stipulation, thus, the Court finds dismissal of the VCA Defendants proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE** as to the VCA Defendants. The Clerk is **DIRECTED** to **TERMINATE** Defendants Henry Vassa Cate; Village Creek Associates, LLC; Missoe, LLC; Creek Holdings III, LLC; and Palmetto Building Group as Parties to this action. This action shall remain pending in all respects as to the remaining Parties. Each Party shall bear its own costs and fees unless otherwise agree.

**ORDER ENTERED** at Augusta, Georgia, this _3rd_ day of February, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA