AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JOSEPH DAVIS; JANE FRASER;
JACKIE MAGNANT; ROSE MURPHY;
and DEREK MURRAY,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER:
CV 223-051

VILLAGE CREEK LANDING, LLC,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated February 24, 2026, Plaintiffs' consent motions to amend/correct their responses are granted, and Defendant's motion for summary is granted.

Judgment is entered for Defendant Village Creek Landing, LLC. This case stands closed.



| 2/25/2026 | John E. Triplett, Clerk of Court |
|---|---|
| *Date* | *Clerk* |
| | (By) *Deputy Clerk* |

GAS Rev 10/2020